## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| **MATTHEW C. MILLER,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 1:11-CV-85-GZS** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 19) filed January 30, 2012, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that the Commissioner's Decision is **<u>VACATED</u>** and the case is **<u>REMANDED</u>** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

_/s/ George Z. Singal_____ __
United States District Judge

Dated this 21st day of February, 2012.